896

ers. *Acting Solicitor General Stern* for the United States.

No. 388. UNITED FRUIT CO. *v.* W. E. HEDGER TRANSPORTATION CORP. C. A. 2d Cir. Certiorari denied. *Harold M. Kennedy* for petitioner. *Alfred B. Nathan* for respondent.

No. 389. WEATHERS *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Philip Donald DeHoff* for petitioner.

No. 399. IN RE VITARI. Supreme Court of Louisiana. Certiorari denied. *Bentley G. Byrnes* for petitioner.

No. 402. WESTERN UNION TELEGRAPH CO. *v.* LESESNE. C. A. 4th Cir. Certiorari denied. *John H. Waters, William G. H. Acheson* and *Edward W. Mullins* for petitioner.

No. 403. SCHMIDT *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.

No. 412. DISTRICT OF COLUMBIA *v.* CATHOLIC EDUCATION PRESS, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Vernon E. West, Chester H. Gray* and *George C. Updegraff* for petitioner. *George E. Hamilton, Jr.* for respondent.